**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-6426

_____

LARRY LORENZEN, a/k/a Larry Lee Lorenzen,

                Petitioner – Appellant,

        v.

WARDEN PADULAH,

                Respondent – Appellee.

_____

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Terry L. Wooten, District Judge.
(0:08-cv-00905-TLW)

_____

Submitted:  May 19, 2011              Decided:  May 24, 2011

_____

Before TRAXLER, Chief Judge, and AGEE and KEENAN, Circuit
Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Larry Lorenzen, Appellant Pro Se.  Donald John Zelenka, Deputy
Assistant Attorney General, Columbia, South Carolina, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Lorenzen seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2254 (2006) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85. We have independently reviewed the record and conclude that Lorenzen has not made the requisite showing. Accordingly, we deny a certificate of appealability, deny leave to proceed in forma pauperis, and dismiss the appeal. We dispense with oral argument because the facts and legal

contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED